UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA G.,[1]<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　　　　Defendant. | Case No.: 23cv1343-W(LR)<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND**<br><br>**[ECF NO. 8]** |

　　　　On July 24, 2023, Plaintiff Martha G. filed a civil Complaint against Defendant Acting Commissioner of Social Security seeking judicial review of the denial of her application for social security disability benefits. (ECF No. 1.) The parties have now filed a "Joint Motion Stipulating to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)" ("Stipulation to Remand"). (ECF No. 8.) The parties state that "[o]n

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), the Court's opinions in Social Security cases filed under 42 U.S.C. § 405(g) "refer to any non-government parties by using only their first name and last initial."

remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a new hearing and issue a new decision." (Id. at 1.)

Upon due consideration, the Court **GRANTS** the parties' joint motion and approves the Stipulation to Remand. The Court **REMANDS** this action to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation to Remand.

The Court enters **JUDGMENT** in favor Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: November 17, 2023

_____
Hon. Thomas J. Whelan
United States District Judge